# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY KELLY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5080** |
| **JACKSON PARISH CORRECTIONAL CENTER, ET AL.** | **SECTION "G"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Larry Kelly is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this ____20th____ day of _____August_____, 2013.

_Nannette Jolivette Brown_
**UNITED STATES DISTRICT JUDGE**